UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

R.A.M.A.,

Petitioner,

v.

MINGA WOFFORD, et al.,

Respondents.

No. 1:25-cv-01844-DAD-DMC

ORDER CONVERTING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER INTO A MOTION FOR PRELIMINARY INJUNCTION AND GRANTING THE MOTION

On December 19, 2025, the court granted petitioner's motion for temporary restraining order (Doc. No. 4), ordering petitioner's immediate release, enjoining petitioner's re-detention absent certain procedural protections, and directing the parties to meet and confer as to a briefing schedule with respect to any motion for a preliminary injunction. (Doc. No. 10.) On December 29, 2025, the parties filed a joint statement in which petitioner requests that the court convert petitioner's motion for temporary restraining order into a motion for preliminary injunction and respondents oppose petitioner's motion for a preliminary injunction on the same grounds that they opposed his motion for a temporary restraining order. (Doc. No. 11.)

The court adopts its prior reasoning from its December 19, 2025 order (Doc. No. 10), l converts petitioner's motion for temporary restraining order into a motion for preliminary injunction, and will grant petitioner's motion.

/////

For the reasons explained above,

1. Petitioner's motion for temporary restraining order (Doc. No. 4) is CONVERTED to a motion for preliminary injunction and GRANTED as follows:

   a. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge where respondents will have the burden to demonstrate a change in circumstances justifying petitioners re-detention by clear and convincing evidence;

2. Under the circumstances of this case, petitioner will not be required to post bond pursuant to Rule 65(c) of the Federal Rules of Civil Procedure; and

3. Petitioner's habeas petition (Doc. No. 1) is REFERRED to Magistrate Judge Dennis M. Cota for further proceedings.

IT IS SO ORDERED.

Dated: **August 11, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE