UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.A.M.A.,<br>Petitioner,<br>v.<br>MINGA WOFFORD, et. al.,<br>Respondents. | No. 1:25-cv-01844-DAD-DMC-HC<br><br>ORDER |

Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 along with a motion for temporary restraining order. See ECF Nos. 1 and 4. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

The District Judge granted the motion for temporary restraining order, ordering Petitioner be released immediately. See ECF No. 10. Subsequently, the District Judge issued a preliminary injunction, enjoining and restraining Respondents "from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge where respondents will have the burden to demonstrate a change in circumstances justifying petitioners re-detention by clear and convincing evidence . ." See ECF No. 12. The undersigned will direct Respondents to file a notice of compliance with the District Judge's order, ECF No. 10, within three (3) days of the date of this order.

Pursuant to 28 U.S.C. § 2243, the court will order Respondent to file a response or motion to dismiss within fourteen (14) days from the date of this order. See 28 U.S.C. § 2243. Petitioner may file a reply/traverse to the answer or opposition to a motion to dismiss within seven (7) days after being served a copy of it.

Accordingly, IT IS HEREBY ORDERED that:

1. .Respondents are directed to file a notice of compliance with the District Judge's order, ECF No. 10, within three days of the date of this order

2. Respondents are directed to file an answer or motion to dismiss within 14 days. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

3. Petitioner's reply or opposition, if any, is due on or before 7 days from the date Respondent's response is filed.

Dated: August 13, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE