UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

R. A. M. A.,

Petitioner,

v.

MINGA WOFFORD, et. al.,

Respondent.

No. 1:25-cv-01844-DAD-ICD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. No. 18)

Petitioner is a former immigration detainee, proceeding with counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed on December 12, 2025. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On December 19, 2025, the undersigned granted petitioner's motion for a temporary restraining order (Doc. No. 4), and ordered petitioner's immediate release from immigration detention. (Doc. No. 10.) On August 12, 2026, the undersigned issued an order converting the temporary restraining order into an order granting a preliminary injunction, and referred the pending petition to the assigned magistrate judge. (Doc. No. 12.) On September 30, 2026, the newly assigned magistrate judge issued findings and recommendations recommending that the petition (Doc. No. 1) be granted. (Doc. No. 18.) Specifically, the magistrate judge concluded

that petitioner's re-detention without a pre-deprivation hearing violated due process. (*Id.* at 2) (citing *Rodriguez Vazquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026)).

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.*) No objections to the findings and recommendations have been filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued September 30 , 2026 (Doc. No. 18), are adopted in full;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1), is GRANTED;
3. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge where respondents will have the burden to demonstrate a change in circumstances justifying petitioners re-detention by clear and convincing evidence; and
4. The Clerk of the Court is directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 2, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE